**Exhibit A to the Complaint**

**Location:** Barnstable, MA  **IP Address:** 73.69.40.151
**Total Works Infringed:** 37  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: AD6CBD95E5A0F3A6959967A7D486B5F710706B43<br>File Hash:<br>43336017A5417595E94287D25DFBEDB52EF828776BE8C9CCF8317BED8482B9CB | 02/04/2024 08:54:58 | Blacked Raw | 01/22/2024 | 02/14/2024 | PA0002455065 |
| 2 | Info Hash: E6C1C53C8CFCE6E7207F669B0D3C61C24835B57F<br>File Hash:<br>F6CA81226BC11F34C19208341BBF6897A24ACB13D6F18E05A93045AFF1880FDC | 01/17/2024 23:37:12 | Blacked Raw | 01/15/2024 | 02/14/2024 | PA0002455063 |
| 3 | Info Hash: AA8D92700920045B252BA8228FBFB04012A2C0E7<br>File Hash:<br>65CE1D1FDDC1A22DD738E84BBE563A7ABA63EC9EC0E2D9527FA13DA923227417 | 09/07/2023 02:31:04 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |
| 4 | Info Hash: 7AE8134085E50AC4D2F877ADF5004A44CE65BCFE<br>File Hash:<br>14CE4C502F90353FF781403F7F69DB6D7B242C69A1206B88946A13BEFDB86C61 | 04/08/2023 21:33:02 | Blacked Raw | 03/25/2023 | 04/07/2023 | PA0002405729 |
| 5 | Info Hash: 9DCAA506FCD18CBC43374B59DCF295D275F78689<br>File Hash:<br>41CF2342AC870E5B1224E13FEBF21489DABF19588367A5E809C47AADC4FD17FE | 04/08/2023 20:17:41 | Blacked Raw | 02/18/2023 | 03/06/2023 | PA0002399995 |
| 6 | Info Hash: 48DE187CADE6D655BB1B5F81C5C2B4B60F540A98<br>File Hash:<br>A9CE71D9B4EB13F809FD81E9DBED8151A9E3E395BE254FC4CB355E0184BCF2CB | 02/07/2023 18:21:47 | Blacked | 11/19/2022 | 12/11/2022 | PA0002384693 |
| 7 | Info Hash: 122F01F72618E3F202E6B427DF39A6146C5145E7<br>File Hash:<br>7AADE55F5FE9905D4A02C68DAD508A041414ED6DAB0E11929ACBA31CE2571F43 | 02/07/2023 18:20:19 | Blacked Raw | 02/03/2023 | 03/08/2023 | PA0002400564 |
| 8 | Info Hash: 2362121C828A6C1A2C07C982C8E6131D380878C6<br>File Hash:<br>462F1D4473F39DE9A698228C8C0F9263E7173DF9782E435BD0B7A8C78A03E9A7 | 02/07/2023 18:20:02 | Blacked | 01/21/2023 | 01/27/2023 | PA0002393070 |
| 9 | Info Hash: C3753FE9F6D3007F6B5A492A5D6E043BA93C83BF<br>File Hash:<br>5FCFCD2F384024B612985F75F57F986A87141B609D42015E30BB5C50D055E96C | 02/07/2023 18:17:15 | Blacked | 02/04/2023 | 03/07/2023 | PA0002400314 |
| 10 | Info Hash: 5ABD6B7E032F33F63D7C609EDDC5EDD143B1BF8F<br>File Hash:<br>57B43783291B5A46BF9AA4C12D1FEFCE2B45E514E018BCFAF808601DF58C9F81 | 01/25/2023 17:09:15 | Blacked Raw | 01/19/2023 | 01/27/2023 | PA0002393081 |
| 11 | Info Hash: 04847F4B72D1E908F6DC52B355C5FCA2325CB790<br>File Hash:<br>9AA3E4B8884D4A5A5DCBB1384A26B726A954CD5BA036BB441B06529FEDDF6173 | 01/02/2023 22:29:50 | Blacked Raw | 11/25/2022 | 12/11/2022 | PA0002384771 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 8CCBC105A0598C05E56ABD2951CB77E05D91BB22<br>File Hash:<br>FE2B1B7DEA40A9B854C3D7A16F91C029FB182724C88526B0A342FD142D572622 | 11/19/2022<br>20:32:35 | Blacked Raw | 11/05/2022 | 12/11/2022 | PA0002384735 |
| 13 | Info Hash: 96D7F360A83B1D01EC1EB0D9330E23BDE81C7803<br>File Hash:<br>928466666BEEF1AF37A5E1152DB97330B18AF9A635B135930C8C1102069343AC | 11/19/2022<br>19:41:09 | Blacked Raw | 11/10/2022 | 01/27/2023 | PA0002393082 |
| 14 | Info Hash: 450C9850EC2164A3A1119D80BEC5D6F92401928A<br>File Hash:<br>2CA5AFF6EE92FDBC080105A28A5CC27CACA722580B3E4AC135A617605391A431 | 11/19/2022<br>19:34:01 | Blacked Raw | 11/15/2022 | 12/11/2022 | PA0002384724 |
| 15 | Info Hash: A12A9975F7649C1C5E543623EA13E0F7D6D92807<br>File Hash:<br>D639D13662A921C97C81674EDB2DE452005CB8190C6961545F216A9C0C93DDA9 | 10/24/2022<br>16:49:29 | Blacked Raw | 10/16/2022 | 11/01/2022 | PA0002378071 |
| 16 | Info Hash: 75DE166A6EB96CBA5CC6EDFDE05CA8FA76B63B48<br>File Hash:<br>52833D94DE839BC227BB54EE9005DA436254BF97988B5EFA73E91D52E9F1D0D0 | 10/24/2022<br>16:39:17 | Blacked Raw | 09/01/2022 | 11/24/2022 | PA0002388645 |
| 17 | Info Hash: 7BF563B4F703F30A3EA277ED404C6F7E8DC9BA49<br>File Hash:<br>82194F9E0BA7E53546EC8BDF80B7B7899ACA230C8F95826FB3E17AB10A5EBCBE | 09/06/2022<br>17:20:08 | Blacked Raw | 08/08/2022 | 08/30/2022 | PA0002367749 |
| 18 | Info Hash: 70D3E779D30678EB929E2EEF115D993F8973B5DD<br>File Hash:<br>C639BD8B3EC1C9F8B42A1214F12742C2C125AB9D2835CB4984F8191E5044A14F | 09/06/2022<br>15:43:28 | Blacked Raw | 08/22/2022 | 08/30/2022 | PA0002367731 |
| 19 | Info Hash: 1D9E0D20C47DC94E048685E7332B03C86D2F3E32<br>File Hash:<br>614FEC163AE5BF89B7F2D58AC3272E4B5D2D12D35DDFDAEF2EDADAB8A19EC880 | 08/15/2022<br>04:08:03 | Tushy | 06/05/2022 | 06/27/2022 | PA0002355037 |
| 20 | Info Hash: 57763A5B3583A13492A671B9919D28555796546C<br>File Hash:<br>7882436CAE07D7E0F422B3A2EE3582E944A93B99893003C4A5E586C8C2069DAC | 08/15/2022<br>03:47:07 | Vixen | 07/22/2022 | 08/30/2022 | PA0002367741 |
| 21 | Info Hash: 3B10347A067B38296B579BB797CFC8F7D6A274FB<br>File Hash:<br>17011765814E2BCD832941807290FE2847449763364050BD47D1AA0BC05B90B2 | 06/25/2022<br>06:55:53 | Blacked Raw | 06/20/2022 | 08/10/2022 | PA0002370905 |
| 22 | Info Hash: F873D287459AE98F148E83A7E0E34D675073E922<br>File Hash:<br>75C99ABCCC984618ACDBF3845C226B1AA27EC6BD60E57C64408D656EFBFB0679 | 06/20/2022<br>17:03:45 | Blacked Raw | 06/13/2022 | 06/27/2022 | PA0002354983 |
| 23 | Info Hash: 3573BF72004CCEC9F094489ACD66C333342B7E19<br>File Hash:<br>38C0674378E984C40D8A0F9B4C578F8B6884390C18F467B86D0F9EAE449B998E | 02/15/2022<br>16:42:55 | Blacked Raw | 02/07/2022 | 02/14/2022 | PA0002335458 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 916CA9DE0ADA1A842DE55489733589875348AD9B<br>File Hash:<br>B602B46509C74175A63A902A3F7F1FBBE4B77025E261C9366CB510E3B649A2EA | 02/05/2022<br>15:49:22 | Blacked Raw | 01/31/2022 | 02/14/2022 | PA0002335501 |
| 25 | Info Hash: 931EDC181F041A51EF95AB4B173DF50FF05E4D90<br>File Hash:<br>2337021D54982B8B82C317D03796C8BD27D14D5F39C01BAA0D96A10647DCBF21 | 02/01/2022<br>17:23:28 | Blacked Raw | 01/03/2022 | 01/17/2022 | PA0002330091 |
| 26 | Info Hash: 65B2AE6546D2A1E20EBC6A467D52FD553681CD5D<br>File Hash:<br>794E8909910EE06D702F127BF3B058239F8BA3FCC0F7CB96A3C91F99FB61F9B5 | 02/01/2022<br>16:59:25 | Blacked Raw | 01/17/2022 | 03/04/2022 | PA0002345790 |
| 27 | Info Hash: 9FC9CCF03D4F5C70B5C5D838A2C2B0E54712D689<br>File Hash:<br>39D230A3E672E3C9773AA53CADF0922594F2F9DCB6B1E376DF5833EAF25A0B9D | 02/01/2022<br>16:56:50 | Blacked Raw | 01/10/2022 | 02/14/2022 | PA0002335456 |
| 28 | Info Hash: 09D9032A2A970429F03691B86CDE4626FA367516<br>File Hash:<br>E02A28D4BC94CF2BB047936D0F077C282A44EB41C8231CABDFF014E0E6AC4B20 | 02/01/2022<br>16:55:26 | Blacked Raw | 12/27/2021 | 01/17/2022 | PA0002330095 |
| 29 | Info Hash: DF5A3ED0D9B657DA66FAA15661AC252D29DEAC98<br>File Hash:<br>9D4EEEA36904351FF7E3EA081F09429CC981EBFC46812A84311AEB4DC267B0A5 | 12/23/2021<br>06:23:31 | Blacked Raw | 11/29/2021 | 02/03/2022 | PA0002341803 |
| 30 | Info Hash: 932B8A45D86348898B357249B339EB4B3B5376DA<br>File Hash:<br>DD652ADFFA1628CC76B6C2B75B5061AE70B321FB9DA3F08DE38766DEC47A9AF5 | 12/23/2021<br>06:13:52 | Blacked | 11/06/2021 | 11/11/2021 | PA0002321284 |
| 31 | Info Hash: 99353EBAA7816D23A2435ECDE9EE8909E7A233F5<br>File Hash:<br>2792E71D16B573291DF49BC474D9FF4CDB44545141B8B5CB5844B4CE205C0EAC | 12/23/2021<br>06:12:11 | Blacked Raw | 12/13/2021 | 01/17/2022 | PA0002330111 |
| 32 | Info Hash: DD1F454C5C0C5909112E2BA4108C3893EA102E5F<br>File Hash:<br>46A5F2D7C74BF29D1B5201A849B45D942D9A096CD69D10E07CBBDDB1FE002D9F | 12/23/2021<br>06:10:52 | Blacked Raw | 11/01/2021 | 11/11/2021 | PA0002321320 |
| 33 | Info Hash: 5AE06657B0A1262628E416B5D64EAC7FB92CE5AF<br>File Hash:<br>FD3BB85EFD41C7A2A819AD2ADA565E4AF1A3EE6DF78ADEF9603C1BE66561E3F0 | 12/23/2021<br>06:10:24 | Blacked | 10/30/2021 | 11/11/2021 | PA0002321300 |
| 34 | Info Hash: 044E18736573C1921E8FFC1A4B8520E14B10DA16<br>File Hash:<br>799FCC0D16D40F531208EFC7E8ED3DD86A315CF59AADF5029B0A1AACE1E44346 | 12/23/2021<br>06:08:43 | Blacked Raw | 10/18/2021 | 11/11/2021 | PA0002321314 |
| 35 | Info Hash: AC75F6B67B4EBAE69972BD068F141E72208FCDF5<br>File Hash:<br>A11FFDCE1A1B52EFF96752F96F141BD77FD8AF6E85C62607DD1269706957AE2F | 12/23/2021<br>06:08:25 | Blacked | 10/16/2021 | 10/19/2021 | PA0002317055 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 6035AA12C63BA7B5A3BD424C629C41DCB5C5E94D<br>File Hash: A5330871A31599822F5ECED5AB8C9376CD354FB59A0728B501459406CA1FA6A3 | 12/23/2021 05:07:28 | Blacked Raw | 10/11/2021 | 10/19/2021 | PA0002317052 |
| 37 | Info Hash: 27506BF5AECC08A13C90B00EE1E32BD301EBBFB7<br>File Hash: 5ED74706FFDCE0939D8321E9594A3ED9C6871DB6E8194C795D87CA030210B3FA | 10/24/2021 20:05:22 | Blacked Raw | 09/06/2021 | 09/21/2021 | PA0002312674 |